| | |
|---|---|
| **No. 24-5239** | **September Term, 2024** |
| | 1:24-mc-00058-JEB |
| | Filed On: April 4, 2025 |

In re: Application of the United States for an
Order Pursuant to 18 U.S.C. § 2705(b)
-------------------------------------------------------------

Empower Oversight Whistleblowers
& Research,
        Appellant

    v.

United States of America,

        Appellee

**O R D E R**

    Upon consideration of intervenor-appellant's unopposed motion to unseal the appellate docket and all documents filed in this appeal, and it appearing that the district court has unsealed certain pleadings filed in No. 24-mc-00058, it is

    **ORDERED** that the motion to unseal be granted without prejudice to any motion for leave to file under seal material that remains under seal in district court. See D.C. Cir. Rule 47.1.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

                  BY:   /s/
                        Scott H. Atchue
                        Deputy Clerk