# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-5239　　　　　　　　　　　　　　　September Term, 2024

1:24-mc-00058-JEB

**Filed On:** May 12, 2025

In re: Application of the United States for an Order Pursuant to 18 U.S.C. 2705(b),

------------------------------

Empower Oversight Whistleblowers & Research,

　　　　Appellant

　　v.

United States of America,

　　　　Appellee

**BEFORE:** Henderson, Wilkins, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to hold in abeyance and the opposition thereto, it is

**ORDERED** that the motion to hold in abeyance be denied. It is

**FURTHER ORDERED** that the following revised briefing schedule will apply in this case:

| | |
|---|---|
| Appellee's Brief | June 11, 2025 |
| Appellant's Reply Brief | July 2, 2025 |

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　　Selena R. Gancasz
　　　Deputy Clerk