# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5239**                              **September Term, 2024**

**1:24-mc-00058-JEB**

**Filed On:**  June 5, 2025

In re: Application of the United States for an
Order Pursuant to 18 U.S.C. 2705(b),

------------------------------
Empower Oversight Whistleblowers &
Research,

        Appellant

    v.

United States of America,

        Appellee


    **BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of appellee's motion for an extension of time to file its brief, and the response thereto, it is

**ORDERED** that the motion be granted.  The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | July 18, 2025 |
| Appellant's Reply Brief | August 8, 2025 |

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk