# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-5239**  September Term, 2025

1:24-mc-00058-JEB

Filed On: October 24, 2025 [2142088]

In re: Application of the United States for an Order Pursuant to 18 U.S.C. 2705(b),

------------------------------

Empower Oversight Whistleblowers & Research,

      Appellant

  v.

United States of America,

      Appellee

**BEFORE:** Srinivasan, Chief Judge, Childs, Circuit Judge, and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellee's motion to supplement appendix and to accept ex parte filings, the lodged ex parte brief from appellee, and the lodged ex parte supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged ex parte documents.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Scott H. Atchue
Deputy Clerk