# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5239**                                                   **September Term, 2025**

1:24-mc-00058-JEB

**Filed On: November 6, 2025** [2144097]

In re: Application of the United States for an Order Pursuant to 18 U.S.C. 2705(b),

------------------------------

Empower Oversight Whistleblowers & Research,

        Appellant

        v.

United States of America,

        Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 18, 2025, at 9:30 A.M.:

|          |   |            |
|----------|---|------------|
| Appellant | - | 10 Minutes |
| Appellee  | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, Circuit Judge Childs, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 10, 2025.

**Per Curiam**

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

             BY:     /s/
                         Michael C. McGrail
                         Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)