# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5239**  September Term, 2025

1:24-mc-00058-JEB

Filed On: November 18, 2025 [2145896]

In re: Application of the United States for an Order Pursuant to 18 U.S.C. 2705(b),

------------------------------

Empower Oversight Whistleblowers & Research,

        Appellant

    v.

United States of America,

        Appellee

**BEFORE:** Chief Judge Srinivasan, Circuit Judge Childs, and Senior Circuit Judge Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, November 18, 2025 at 9:40 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

Brian J. Field, counsel for Appellant.

Eric Hansford (AUSA), counsel for Appellee.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY: /s/
        Anne A. Rothenberger
        Deputy Clerk