No. 24-5239                                September Term, 2025

FILED ON: FEBRUARY 3, 2026

IN RE: APPLICATION OF THE UNITED STATES FOR AN ORDER PURSUANT TO 18 U.S.C. 2705(B),

EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,
        APPELLANT

v.

UNITED STATES OF AMERICA,
        APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:24-mc-00058)

Before: SRINIVASAN, *Chief Judge*, CHILDS, *Circuit Judge*, and ROGERS, *Senior Circuit Judge*

# J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

**ORDERED** and **ADJUDGED** that the court affirms the District Court order of August 23, 2024, subject to a limited remand of the case for the District Court to consider whether to allow Empower to amend the motion for unsealing and supplement the District Court record with the Justice Department's Office of Inspector General Report of December 2024.

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: February 3, 2026

Opinion for the court by Senior Circuit Judge Rogers.